# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ARMANDO JAIMES-GARCIA, <br><br> Defendant. | Case No. 19cr4484-JAH <br><br> **JUDGMENT & ORDER GRANTING MOTION AND DISMISSING INDICTMENT** <br><br> Dkt. No. 16 |

Upon motion of the parties, and good cause appearing, the Court **GRANTS** the motion, and **DISMISSES** the Indictment [Dkt. No. 8] with prejudice.

**IT IS SO ORDERED.**

DATED: 1-2-20

HON. JOHN A. HOUSTON
United States District Judge